RICHARD BAGNER, PLAINTIFF-PETITIONER, v. LOCAL UNION 1296 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Gross, Weissberger & Linett* for the petitioner.

*Messrs. Kapelsohn, Lerner, Lenchter & Reitman* for the respondents.

December 9, 1969. Denied.

STATE OF NEW JERSEY, ACTING BY AND THROUGH ROBERT A. ROE, COMMISSIONER, *ETC.*, PLAINTIFF-RESPONDENT, v. GEORGE L. CAMERON, *ET AL.*, DE-FENDANTS-RESPONDENTS AND SCHIAVONE CON-STRUCTION CO., INTERVENOR-DEFENDANT-PETI-TIONER.

*Messrs. Nolan & Lynes* and *Mr. Jay Scott MacNeill* for the petitioner.

*Messrs. Slifkin & Altwarg, Mr. Arthur J. Sills* and *Mr. Stephen Skillman* for the respondents.

December 9, 1969. Denied.

HONORA HAMMOND, PLAINTIFF-PETITIONER, v. THE GREAT ATLANTIC & PACIFIC TEA COMPANY, EASTERN DIVISION, DEFENDANT-RESPONDENT.

*Messrs. Stavis, Richardson, Koenigsberg & Rossmoore* for the petitioner.

*Messrs. Haskins, Robottom & Hack* for the respondent.

December 9, 1969. Granted.